**Motion Granted; Dismissed and Memorandum Opinion filed April 30, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00186-CV

## GAY HUNGER, Appellant

### V.

## DOW CORNING CORPORATION AND
## DOW CORNING WRIGHT CORPORATION, Appellees

**On Appeal from the 61st District Court**
**Harris County, Texas**
**Trial Court Cause No. 1992-25394IS**

## M E M O R A N D U M   O P I N I O N

This is an appeal from an order signed January 29, 2013. On April 17, 2013, appellant, Gay Hunger, filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and Busby.